Court of Criminal Appeals
Attn: Louise Pearson, Clerk
P.O. Box 12308
Capital Station, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk

Friday 31st July 2015

Re: Michael Fitzgeral Reese v The State of Texas
    No. 13-13-00616-CR
    Trial Court No. 68115

Dear Sir/Madam:

Enclosed please find my pro se Petitioner's "Motion for Extension of Time" to file Petition for Discretionary Review; file this motion and bring it to the Court's attention.

Please date-stamp this letter, return it to my current address shown below. Also requesting that I be notified once this Court's ruling be made.

Sincerely,

Michael Fitzgerald Reese
#1883306
1391 FM 3328-Beto
Tenn-Colony TX 75880

Petitioner, pro se

FILED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk

No. 13-13-00616-CR

Michael Fitzgerald Reese,
Petitioner

v.

The State of Texas,
Respondent

In The Texas Court
of Criminal Appeals
Austin, Texas

## Motion to Extend time

FILED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

To The Honorable Justices of Said Court:

Comes now undersigned, pro se, moves this Court to grant extension of time, to file Petition for Discretionary Review. For cause, shows the following:

Petitioner on appeal from the 27th District Court of Bell County, Texas. Petitioner appealed his conviction for the offense of murder, a first-degree felony.
Petitioner pled guilty and the trial court assessed punishment at life imprisonment. The Thirteenth Court of Appeals affirmed the judgment of the trial court.

The deadline for filing to extend time is the 30th day of August, 2015. The length of the extension sought is sixty(60) days.

Petitioner request to extend time, is relied on the facts:

Petitioner was not informed of the Court of Appeals' opinion in affirming the trial court's judgment, until the 27th day of July, 2015 sent via certified mail # 7013 2630 0002 1347 3662. Since that time Petitioner has been attempting to retain legal representation in this matter.

No previous extensions have been granted regarding this matter. The date of the Thirteenth Court of Appeals' opinion was the 16th day of July, 2015. The case number is 13-13-00616-CR and styled Michael Fitzgerald Reese v. The State of Texas.

Wherefore, Premises Considered, undersigned requests this Court grants extension of time to the 14th day of October, 2015.

Respectfully submitted,

Michael Fitzgerald Reese
#1883306
1391 FM 3328
Tenn. Colony, Texas 75880

Petitioner, pro se

Certificate of Service
I certify that on the 31st day of July, 2015, the above is a true and correct copy.

Petitioner, pro se